of the questions raised, this appeal is dismissed, without costs. Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. E. H. MILLER, Relator, v. WILLIAM B. WILSON and Others, Respondents.— Motion denied. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

MICHAEL J. K. REILLY, Respondent, v. HENRI GUTMANN SILKS CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

EUGENE A. RUDIGER and Another, Respondents, Appellants, v. JAMES S. COLEMAN and Others, Respondents, Appellants.— Motion for stay granted in so far as to stay, pending the appeal, all proceedings before the referee under the provisions of the interlocutory judgment entered upon the remittitur from the Court of Appeals; in other respects motion denied, without costs. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

HARRY J. RYAN, Respondent, v. L. K. COMSTOCK & COMPANY, Appellant. — Motions denied, without costs. Present — Jenks, P. J., Mills, Rich, Putnam and Jaycox, JJ.

SHELTER REALTY COMPANY, INC., Appellant, v. GUSTAF W. MATTSON, Respondent.— Motion to dismiss appeal granted, without costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

ADOLPH SLOMKA, Respondent, v. NASSAU ELECTRIC RAILROAD COMPANY, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

MATILDA SLOMKA, Respondent, v. NASSAU ELECTRIC RAILROAD COMPANY, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

EDITH SMITH, Appellant, v. F. B. STEARNS COMPANY and HENRY L. BRITTAIN, etc., Respondents.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

AUGUSTA H. SPERRY, as Executrix, etc., Plaintiff, v. THEODORE I. UNDERHILL, as Administrator, and Others, Defendants.—Application for order of publication denied, without prejudice to a new application at Special Term upon proper papers. Jenks, P. J., Mills, Rich, Putnam and Jaycox, JJ., concur.

CHARLES H. STODDARD, Appellant, v. ELLEN SOMMERVILLE EDWARDS, Respondent.— Motion to punish for contempt denied, with ten dollars costs. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

BENJAMIN WEINTRAUB, Appellant, v. GUSTAVE E. KRUSE, Respondent. — Motion denied. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

CONSTANT F. WHITNEY and Others, Appellants, v. CONSIDINE INVESTING COMPANY and Others, Respondents.— Motion granted. Order dismissing appeal vacated and appeal reinstated, without costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

CONCETTA BABBINO, Respondent, v. BENEDICT BABBINO, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ., concur.